# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO J. EDWARDS,<br><br>        Plaintiff,<br><br>    v.<br><br>MORENO, *et al.*,<br><br>        Defendants. | No.  1:24-cv-00307-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 15) |

Plaintiff Roberto J. Edwards is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 15, 2024, the assigned magistrate judge screened the first amended complaint and issued findings and recommendations that this action be dismissed for failure to state a cognizable claim upon which relief may be granted.  Doc. 15.  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  *Id.* at 6.  Plaintiff filed objections on December 6, 2024.  Doc. 16.

In his one-paragraph objections, plaintiff states only that he is a first-time litigator proceeding pro se and in forma pauperis and that he objects to the findings and recommendations on the grounds that he has a claim that is not malicious or frivolous.  *Id.*  Plaintiff states that he

1

needs more time to properly state a cognizable claim and seeks to amend the complaint and retain counsel. *Id.*

The objections do not cure the deficiencies identified by the screening order or undermine the findings and recommendations. The objections also do not provide any indication that plaintiff will be able to amend his complaint to state a cognizable claim or identify any efforts he has taken to obtain counsel. *See Wolgin v. Simon,* 722 F.2d 389, 394–95 (8th Cir. 1983) (leave to amend is generally inappropriate where the plaintiff has not indicated how amendment would make the complaint viable, either by submitting a proposed amendment or otherwise indicating what an amended complaint would have contained).

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, including plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on November 15, 2024, Doc. 15, are adopted in full;
2. This action is dismissed for failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 1, 2025

_____
UNITED STATES DISTRICT JUDGE

2